{¶ 20} I agree with the well-reasoned opinion of the majority and concur in the judgment. However, I believe it would be appropriate to go one step further. In holding that the award of attorney fees to a landlord who has been awarded actual damages pursuant to R.C. 5321.05(C) is discretionary and not mandatory, we are in conflict with the Third Appellate District's holding on that subject.[1] Therefore, pursuant to Section 3(B)(4), Article IV of the Ohio Constitution, we should certify the conflict to the Supreme Court of Ohio.
[1] Kinn v. Showe Mgt. Corp. (Mar. 27, 2002), 3d Dist. No. 5-01-46, 2002 Ohio App. LEXIS 1380, *11-14.